UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

IVAN ELISEO MORALES
VINCENTE RODRIGUEZ
FRANCISCO RODRIGUEZ

INDICTMENT

NO. 3:17CR-16-CRS

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(ii)
21 U.S.C. § 853
18 U.S.C. § 2

The Grand Jury charges:

## COUNT 1

On or about June 22, 2016, in the Western District of Kentucky, Nelson County, Kentucky, the defendants, **IVAN ELISEO MORALES, VINCENTE RODRIGUEZ,** and **FRANCISCO RODRIGUEZ**, aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 2

On or about June 22, 2016, in the Western District of Kentucky, Nelson County, Kentucky, the defendants, **IVAN ELISEO MORALES, VINCENTE RODRIGUEZ,** and **FRANCISCO**

RODRIGUEZ, aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **IVAN ELISEO MORALES, VINCENTE RODRIGUEZ,** and **FRANCISCO RODRIGUEZ,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

*Laura S Hall*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:MAC 2/7/2017

UNITED STATES OF AMERICA v. **IVAN ELISEO MORALES, VINCENTE RODRIGUEZ,** and **FRANCISCO RODRIGUEZ**

## PENALTIES

Count 1    NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release
           (With notice of prior conviction: NL 20 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release)

Count 2:   NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release
           (With notice of prior qualifying conviction: NL 10 yrs./NM Life/$10,000,000/both/NL 8 yrs./NM Life Supervised Release)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual        Felony:  $100 per count/individual
              $125 per count/other                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:      Clerk, U.S. District Court
                 106 Gene Snyder U.S. Courthouse
                 601 West Broadway
                 Louisville, KY  40202
                 502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY  42101
                 270/393-2500

OWENSBORO:       Clerk, U.S. District Court
                 126 Federal Building
                 423 Frederica
                 Owensboro, KY  42301
                 270/689-4400

PADUCAH:         Clerk, U.S. District Court
                 127 Federal Building
                 501 Broadway
                 Paducah, KY  42001
                 270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

IVAN ELISEO MORALES

VINCENTE RODRIGUEZ

FRANCISCO RODRIGUEZ

## INDICTMENT

Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A)(viii); 841(b)(1)(B)(ii);
Title 18 U.S.C. § 2:
Aiding and Abetting the Possession with Intent to Distribute Methamphetamine and Cocaine.

*A true bill.*

_____ *Foreperson*

*Filed in open court this 7th day, of February, 2017.*

_____ *Clerk*

*Bail, $*



FILED
VANESSA L. ARMSTRONG, CLERK

FEB - 7 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY